# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:20-CV-00105-FJG |
| CHISTOPHER ANDERSON, ET AL., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

On February 13, 2020, American Family filed a Complaint for Declaratory Judgment against defendants pursuant to 28 U.S.C. § 1332(a)(1) seeking a judicial declaration of the rights, statuses and legal relations of and among the parties with regard to a contract of insurance.

On October 12, 2015 a fire was reported at a business known as the L&N Salon and Spa. Christopher Anderson, Daniel Werner, Larry Leggio and John Mesh, employees of the Kansas City, Missouri Fire Department ("KDFD") were dispatched to respond to the fire. The four firefighters were injured by falling debris and were unable to escape the building in time to avoid further injury and death. Defendants Anderson and Werner sustained severe and permanent injuries and Larry Leggio and John Mesh died as a result of their injuries. Defendant Thu Hong Nguyen was a business partner in the nail salon with Nhat Pham. American Family Mutual Insurance Company, S.I. ("American Family") issued an insurance policy to Nhat Pham d/b/a L&N Nail Salon. On July 23, 2018, Defendant Nguyen was convicted on six felony counts arising from her conduct in having intentionally set the fire that killed the decedents and injured Anderson and Werner. Defendants Christopher Anderson, Heather Anderson, Daniel

Werner, Melissa Leggio and Felicia Mesh filed a civil action in Jackson County Circuit Court, Case No. 1816-CV25857 ("underlying action"), against defendant Thu Hong Nguyen and others seeking damages due to the personal injuries and deaths resulting from the fire. Defendant Nguyen tendered the underlying suit to American Family for defense and liability coverage under the policy that was issued to Nhat Pham. American Family denied that it had a duty to defend Nguyen in the underlying suit. American Family's Complaint seeks a declaration that they have no duty to defend or indemnify defendant Nguyen in the underlying lawsuit and a declaration that the policy is void. The defendants filed a Motion to Dismiss American Family's Declaratory Judgment action stating that the same claims were already pending in the underlying suit and that American Family was seeking to circumvent the state court action. The defendants requested that the Court exercise its discretion and refuse to issue declaratory relief in this case. In reviewing the docket sheet for the Jackson County case, the Court notes that the plaintiffs in that case (Christopher Anderson, Heather Anderson, Daniel Werner, Felicia Mesh and Melissa Leggio) and defendants Thu Hong Nguyen and American Family recently filed a Stipulation of Dismissal on November 9, 2020, stipulating that all claims the plaintiffs asserted in the underlying case against Nguyen and American Family were dismissed with prejudice.

The Court would like the parties to file a Status Report indicating what impact if any, the Stipulation of Dismissal has on the instant Declaratory Judgment action and on the pending Motion to Dismiss. The parties shall file the joint status report on or before **December 30, 2020**.

Date: December 14, 2020  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge